IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

BRANDYWINE COMMUNICATIONS
TECHNOLOGIES, LLC                                                                    PLAINTIFF

v.                                            Case No. 3:13-CV-03043

NATCO COMMUNICATIONS, INC.                                              DEFENDANT

## AMENDED ORDER OF DISMISSAL

Currently before the Court is Plaintiff Brandywine Communications Technologies, LLC's

unopposed motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).

(Doc. 31).

As Defendant has not yet answered the complaint, and dismissal is appropriate pursuant to

Rule 41(a)(1), it is ORDERED that Plaintiff's motion to dismiss (Doc. 31) is GRANTED and the

complaint herein is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

IT IS SO ORDERED this 19th day of August, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE